Argued· and submitted August 31, 1988, remanded for modification; otherwise affirmed February 22, 1989

In the Matter of the Marriage of

## WHEELON,
*Respondent,*

*and*

## WHEELON,
*Appellant.*

(87DM-0436; CA A46684)

768 P2d 445

Donald M. Pinnock, Ashland, argued the cause for appellant. With him on the brief was Davis, Ainsworth, Pinnock, Gilstrap & Harris, P.C., Ashland.

David A. Dorsey, Coos Bay, argued the cause for respondent. With him on the brief was Joelson, Gould, Wilgers and Dorsey, P.C., Coos Bay.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

## PER CURIAM

Husband appeals a dissolution judgment, contending that the awards of spousal and child support are excessive. On *de novo* review, we affirm the spousal support award.

While the appeal was pending, the parties submitted a stipulation for modification of the judgment regarding custody of one of the parties' two children and child support. We accept the stipulation and remand for modification of the judgment consistent with the stipulation and otherwise affirm.

Remanded for modification of judgment consistent with stipulation; otherwise affirmed. No costs to either party.